THE COURT IS NOT AVAILABLE ON 5/21/10

David J. Millstein (CSB #87878)
Shannon M. Stone (CSB #248610)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:     (415) 348-0348
Facsimile:     (415) 348-0336
E-mail:        dmillstein@millstein-law.com
               sstone@millstein-law.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **THOMAS A. KELLER IV, an individual,** | ) **Case No. C-09-6088** |
| **Plaintiff;** | ) |
| | ) |
| **v.** | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| **KAISER PERMANENTE INSURANCE** | ) **ORDER CONTINUING DATE OF THE** |
| **COMPANY, a California Corporation;** | ) **INITIAL CASE MANAGEMENT** |
| **KAISER FOUNDATION HEALTH PLAN,** | ) **CONFERENCE** |
| **a California Corporation; and THE** | ) |
| **WESTERN PRELACY OF THE** | ) |
| **ARMENIAN APOSTOLIC CHURCH OF** | ) *The Hon. Susan Illston Presiding* |
| **AMERICA, INC. dba KZV ARMENIAN** | ) |
| **SCHOOL and Does 1 – 100;** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

The parties by and through their respective counsel hereby agree and stipulate as follows:

1.    The Initial Case Management Conference currently set for Friday, April 9, 2010 at 2:30p.m. shall be continued to Friday, May 21, 2010.

Dated: _April 8, 2010_          MILLSTEIN & ASSOCIATES

By: _____

Shannon M. Stone, Esq.
Attorneys for Plaintiff
Thomas A. Keller, IV

Dated: _Apr. 8, 2010_          MARION'S INN LLP

By: _____

Kennedy P. Richardson, Esq.
Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

IT IS SO ORDERED.

Dated: _____          _____
                                  HONORABLE SUSAN ILLSTON