David J. Millstein (CSB #87878)
Shannon M. Stone (CSB #248610)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:   (415) 348-0348
Facsimile:   (415) 348-0336
E-mail:   dmillstein@millstein-law.com
         sstone@millstein-law.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS A. KELLER IV, an individual,<br><br>Plaintiff;<br><br>v.<br><br>KAISER PERMANENTE INSURANCE COMPANY, a California Corporation; KAISER FOUNDATION HEALTH PLAN, a California Corporation; and THE WESTERN PRELACY OF THE ARMENIAN APOSTOLIC CHURCH OF AMERICA, INC. dba KZV ARMENIAN SCHOOL and Does 1 – 100;<br><br>Defendants. | Case No. C-09-6088<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT KAISER PERMANENTE INSURANCE COMPANY<br><br><br><br><br><br><br><br><br><br>*The Hon. Susan Illston Presiding* |

WHEREAS Plaintiff has filed an Amended Complaint against both Kaiser Permanente Insurance Company and Kaiser Foundation Health Plan (collectively referred to herein as "Kaiser");

NOW THEREFORE the parties by and through their respective counsel hereby agree and stipulate as follows:

---

1

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT KAISER PERMANENTE
INSURANCE COMPANY

1. All parties agree Kaiser Foundation Health Plan is the sole proper party responsible for any liability that may arise out of any claims of Plaintiff against any Kaiser-affiliated entity in the matters referenced in the complaint.

2. Plaintiff agrees to dismiss Defendant Kaiser Permanente Insurance Company and said Defendant waives all fees and costs.

Dated: April 8, 2010

MILLSTEIN & ASSOCIATES

By: _____

Shannon M. Stone, Esq.
Attorneys for Plaintiff
Thomas A. Keller, IV

Dated: April 8, 2010

MARION'S INN LLP

By: _____

Kennedy P. Richardson, Esq.
Attorneys for Defendants
Kaiser Foundation Health Plan and
Kaiser Permanente Insurance Company

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE SUSAN ILLSTON