| | |
|---|---|
| 1 | David J. Millstein (CSB #87878) |
| 2 | Shannon M. Stone (CSB #248610) |
|   | MILLSTEIN & ASSOCIATES |
| 3 | 100 The Embarcadero Suite 200 |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 348-0348 |
|   | Facsimile: (415) 348-0336 |
| 5 | E-mail: dmillstein@millstein-law.com |
|   | sstone@millstein-law.com |

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

THOMAS A. KELLER IV, an individual,

    Plaintiff;

v.

KAISER FOUNDATION HEALTH PLAN, a California Corporation; and THE WESTERN PRELACY OF THE ARMENIAN APOSTOLIC CHURCH OF AMERICA, INC. dba KZV ARMENIAN SCHOOL and Does 1 – 100;

    Defendants.

Case No. C09-06088 PJH

**REQUEST FOR DISMISSAL OF ALL CLAIMS**

///
///
///

---

1
REQUEST FOR DISMISSAL OF ALL CLAIMS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Thomas A. Keller IV ("Plaintiff") requests that, pursuant to the Release and Settlement Agreement executed by Plaintiff and Defendants Kaiser Health Foundation ("Kaiser") and the Western Prelacy of the Armenian Apostolic Church of America ("The School") (collectively referred to as the "Parties"), his complaint and all claims made therein be dismissed with prejudice.

Dated: February 17, 2011

Respectfully submitted,

Shannon M. Stone (CSB #248610)

MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:    (415) 348-0348
Facsimile:    (415) 348-0336

2/22/11



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, JOAN SLATE, am a resident of the State of California, over the age of eighteen years, |
| 3 | and not a party to the within action. My business address is Millstein & Associates, 100 The |
| 4 | Embarcadero, San Francisco, CA 94105. On February 17, 2011, I served the following |
| 5 | document(s) entitled: |
| 6 | • **REQUEST FOR DISMISSAL OF ALL CLAIMS** |
| 7 | on the following attorney(s) of record and/or parties in said cause as follows: |

| Attorney for Defendant Kaiser Foundation Health Plan | Attorney for Defendant Western Prelacy dba KZV Armenian School |
|---|---|
| Yvonne Pierrou, Esq. | Ara Jabagchourian, Esq. |
| Marion's Inn LLP | Cotchett, Pitre & McCarthy |
| 1611 Telegraph Avenue, Suite 707 | San Francisco Airport Office Center |
| Oakland, California 94612-2145 | 840 Malcolm Road, Suite 200 |
| p 510 451 6770 | Burlingame, CA 94010 |
| f 510 451 1711 | P 650 697 6000 |
| | F 650 697 0577 |

[ x ] **VIA MAIL**: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ] **VIA ELECTRONIC MAIL**: By personally sending such documents in an electronic email to be delivered to the person

[ ] **VIA OVERNIGHT DELIVERY**: By personally placing such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ] **VIA HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the above address.

[ ] **VIA PERSONAL SERVICE**: I caused such envelope(s) to be personally served to the above party at the above address.

[ ] **VIA FACSIMILE**: By personally transmitting via facsimile from fax number (415) 348-0336 to the fax number(s) indicated above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on February 17, 2011.

*Joan Slate*
JOAN SLATE

-1-
PROOF OF SERVICE